```
                IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
                        FORT SMITH DIVISION
```

NHAN VAN NGUYEN                                              PETITIONER

v.                           No. 13-2035

RAY HOBBS, Director,
Arkansas Department of Correction                            RESPONDENT

## ORDER APPOINTING COUNSEL

Pursuant to Order dated March 8, 2013 (ECF No. 12), the court appoints Attorney Kevin Lee Hickey to represent the Petitioner.

IT IS SO ORDERED this 11th day of March 2013.

*/s/ J. Marschewski*

**HONORABLE JAMES R. MARSCHEWSKI**
**CHIEF UNITED STATES MAGISTRATE JUDGE**